IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANKLIN AMERICAN MORTGAGE CORP., | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:11:0779 |
| | ) JUDGE HAYNES |
| FIRST LIBERTY FINANCIAL GROUP, LLC | ) |
| Defendant. | ) |

## ORDER

Upon notice of voluntary dismissal (Docket Entry No. 21) and pursuant to Fed. R. Civ. P. 41(a)(1) this action is **DISMISSED without prejudice**. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 9th day of August, 2012.

WILLIAM J. HAYNES, JR.
Chief District Judge